THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER BRUNWIN
Assistant United States Attorney
Acting Deputy Chief, Violent and Organized Crime Section
California State Bar No. 158939
    1525 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4242
    Facsimile: (213) 894-3713
    e-mail: christopher.brunwin@usdoj.gov

cc: USM - LA

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00283-FMC-32 |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO DISMISS INDICTMENT AS TO DEFENDANT RUDY VARGAS |
| v. | ) | |
| RUDY VARGAS, aka "Youngster," et al., | ) | |
| Defendants. | ) | |

UPON MOTION OF THE UNITED STATES, the Court hereby orders that the original indictment in United States v. Rudy Vargas, aka "Youngster et al.," CR 06-283-FMC, be dismissed with prejudice against defendant Rudy Vargas.

DATED: June 3, 2008

*Florence-Marie Cooper*

Hon. Florence-Marie Cooper
UNITED STATES DISTRICT JUDGE